IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PROPERTY GROUP, INC., SIMON PROPERTY GROUP, L.P., NORTHGATE MALL PARTNERSHIP, and SHOPPING CENTER ASSOCIATES, <br><br> Plaintiffs, <br><br> v. <br><br> MARK M. PALOMBARO, ABBY, INC., ROBERT E. CRAWFORD, R.E. CRAWFORD CONSTRUCTION, INC., MATTHEW W. PADGETT, JOEL D. SENCHUR, DREAM BUILDERS AND DESIGNERS, LLC, JEFFREY T. SMITH, R.E. CRAWFORD CONSTRUCTION, LLC, PARAGON BUILDERS, LLC, J.A.C. CONSTRUCTION CONSULTING LLC, and JEFFREY A. USELTON, <br><br> Defendants. | Civil Action No. 2:08-cv-01634 |

## ORDER OF COURT

AND NOW, this 24th day of December, 2008, it is ORDERED that the Stipulation of Counsel for Extension of Time to Respond to Complaint is GRANTED and Defendants Palombaro and Abby, Inc. shall have until January 26, 2009 to respond to plaintiffs' Complaint.

By the Court:

*[signature]*

U.S. District Judge, Gary Lancaster

#4520441-v1