IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PROPERTY GROUP, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:08-cv-01634 |
| ) | |
| v. ) | |
| ) | |
| MARK M. PALOMBARO, ABBY, INC. ) | |
| ROBERT E. CRAWFORD, R. E. CRAWFORD ) | |
| CONSTRUCTION, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, this 17TH day of June, 2009, it is ORDERED that the Defendants' Consented-To Extension of Time to Answer the Amended Complaint is hereby GRANTED and the Defendants shall be required to answer the Complaint no later than June 23, 2009.

By the Court:

*Gary L Lancaster*
U. S. District Judge, Gary Lancaster