IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PROPERTY GROUP, INC., <br> SIMON PROPERTY GROUP, L.P., <br> NORTHGATE MALL PARTNERSHIP, and <br> SHOPPING CENTER ASSOCIATES, <br><br> Plaintiffs, <br><br> v. <br><br> MARK M. PALOMBARO, <br> ABBY, INC., <br> ROBERT E. CRAWFORD, <br> R.E. CRAWFORD CONSTRUCTION, INC., <br> MATTHEW W. PADGETT, <br> JOEL D. SENCHUR, <br> DREAM BUILDERS AND DESIGNERS, LLC, <br> JEFFREY T. SMITH, <br> R.E. CRAWFORD CONSTRUCTION, LLC, <br> PARAGON BUILDERS, LLC, <br> J.A.C. CONSTRUCTION CONSULTING, LLC, <br> and JEFFREY A. USELTON, <br><br> Defendants. | Civil Action No. 2:08-cv-01634 <br><br> Hon. Gary L. Lancaster <br><br><br><br><br><br><br><br><br><br><br> **JURY TRIAL DEMANDED** |

**ORDER OF COURT**

AND NOW, to-wit, this **12** day of **Feb**, 2010, it is hereby ORDERED that the Defendants, R. E. Crawford Construction, Inc. and R. E. Crawford Construction, LLC may file Amended Counterclaims within ten (10) days of the date of this Order.

By the Court:

_____ J.
Hon. Gary L. Lancaster

#1669375