IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SIMON PROPERTY GROUP, ET AL., ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 2:08-cv-01634 |
| ) | |
| v. ) | |
| ) | |
| MARK M. PALOMBARO, ABBY, INC. ) | |
| ROBERT E. CRAWFORD, R. E. CRAWFORD ) | |
| CONSTRUCTION, INC., ET AL. ) | |
| ) | |
| Defendants. ) | |

## ORDER OF COURT

AND NOW, to-wit, this 23rd day of MARCH, 2010, it is hereby ORDERED that the Joint Stipulation for Extension of Time to file Amended Counterclaims is hereby GRANTED. Defendants R. E. Crawford Construction, Inc. and R. E. Crawford Construction, LLC shall have until April 12, 2010 to file its amended counterclaims.

By the Court:

_Gary L. Lancaster_
U. S. District Judge, Gary Lancaster