IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

SIMON PROPERTY GROUP, INC.,      :
SIMON PROPERTY GROUP, L.P.,      :    Civil Action No. 2:08-CV-01634
NORTHGATE MALL PARTNERSHIP       :
and SHOPPING CENTER              :    Hon. Gary L. Lancaster
ASSOCIATES,                      :
                                 :
            Plaintiffs,          :
                                 :
        vs.                      :
                                 :
MARK M. PALOMBARO and            :
ABBY, INC.,                      :
                                 :
            Defendants.          :

## CONSENT JUDGMENT

AND NOW, this 2ⁿᵈ day of Aug , 2010, and pursuant
to the agreement and consent of the parties, it is hereby
ORDERED, ADJUDGED and DECREED that judgment is hereby entered in
favor of Simon Property Group, L.P., and Great American
Insurance Companies as subrogee of Simon Property Group, L.P.,
and against Defendants Mark M. Palombaro ("Palombaro") and Abby,
Inc. ("Abby"), jointly and severally, on Counts V (Breach of
Fiduciary Duty as to Palombaro) and VI (Aiding and Abetting
Breach of Fiduciary Duty as to Abby) of the Amended Complaint in
this action, in the aggregate amount of $766,000.00.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE